UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

HICA EDUCATION LOAN CORPORATION,
Plaintiff,

v.

EDWARD M. KLEINER,
Defendant,

Filed
RECEIVED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ NOV 1 9 2010 ★

LONG ISLAND OFFICE

Civil Action No.

**CV-10 5377**

TRAGER, J.

### CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, HICA Education Loan Corporation ("HICA"), Plaintiff, provides the following information to the Court and the Defendant:

HICA is a nongovernmental corporate party, and the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"): **HICA Holding, Inc. (100% of whose stock is owned by SLM Corporation).**

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case: **HICA Holding, Inc. (100% of whose stock is owned by SLM Corporation).**

SIGNED this _18th_ day of _NOVEMBER_, 2010.

Respectfully submitted,
Frank Steven Tate
legalamr@aol.com
550 Old Country Road – Suite 201
Hicksville, New York 11801
Telephone: (516) 938-0900
Facsimile: (516) 938-0989

_Frank Steven Tate_
Frank Steven Tate
Federal Bar No. 5246
ATTORNEY FOR PLAINTIFF